JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENCE McKEITHAN, | ) | Case No. CV 08-03319-DOC (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| TONY HEDGEPETH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

DATED: April 11, 2013

*/s/ David O. Carter*
HONORABLE S. JAMES OTERO
United States District Judge

Prepared by:

*/s/*
HONORABLE OSWALD PARADA
United States Magistrate Judge